**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ONOFRE T. SERRANO, | No. CV 06-3917-VBF (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| LEROY BACA, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: September 30, 2008

_Valerie Baker Fairbank_

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE